**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Roberto SEVILLA–ARDON, a.k.a. Jose Roberto Ardon, a.k.a. Jose Roberto Ardon–Celix, Defendant–Appellant.**

**No. 11–10245.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant–Appellant.

Jose Roberto Sevilla–Ardon, pro se.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Jose Roberto Sevilla–Ardon appeals from his guilty-plea conviction and 51–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sevilla–Ardon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2). Accord-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.